# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER MACHADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC., HARI RAVICHANDRAN, AND TIVANKA ELLAWALA,<br><br>Defendants. | No. 15-cv-11775-GAO |

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Endurance International Group Holdings, Inc. states that it is a publicly held corporation and that no publicly held company owns more than 10 percent of its stock.

Dated: May 10, 2016

Respectfully submitted,

ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC.,

By its attorneys,

*/s/ John J. Butts*
William H. Paine (BBO #550506)
John J. Butts (BBO #643201)
Peter A. Spaeth (BBO #545202)
Andrew S. Dulberg (BBO #675405)
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
617 526-6000 (t)
617 526-5000 (f)

- 1 -

william.paine@wilmerhale.com
john.butts@wilmerhale.com
peter.spaeth@wilmerhale.com
andrew.dulberg@wilmerhale.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 10, 2016, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ John J. Butts*
John J. Butts
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
617 526-6000 (t)
617 526-5000 (f)
john.butts@wilmerhale.com