## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CHRISTOPHER MACHADO, and
MICHAEL RUBIN, individually and on
behalf of all others similarly situated,

                Plaintiff,              No. 15-cv-11775-GAO

      v.

ENDURANCE INTERNATIONAL GROUP
HOLDINGS, INC., HARI
RAVICHANDRAN, AND TIVANKA
ELLAWALA,

                Defendants.

## DECLARATION OF ANDREW S. DULBERG

I, Andrew S. Dulberg, hereby state under oath:

1.      I am a member in good standing of the bar of the Commonwealth of

Massachusetts and this Court, and am Counsel at the firm of Wilmer Cutler Pickering Hale and

Dorr LLP.  I am one of the counsel representing the defendants in the above-captioned matter.  I

submit this declaration in support of Defendants' Memorandum in Support of Motion to Dismiss

Plaintiffs' Third Amended Complaint, filed herewith.

2.      Attached hereto at **Exhibit A** is a true and accurate copy of excerpts from the

Form S-1 Endurance filed with the Securities and Exchange Commission on October 23, 2013.

3.      Attached hereto at **Exhibit B** is a true and accurate copy of the Form 4 Endurance

and Mr. Ravichandran filed with the Securities and Exchange Commission on October 25, 2013.

4.      Attached hereto at **Exhibit C** is a true and accurate copy of the Form 4 Endurance

and Mr. Ellawala filed with the Securities and Exchange Commission on October 25, 2013.

5.      Attached hereto at **Exhibit D** is a true and accurate copy of excerpts from the Form 10-K Endurance filed with the Securities and Exchange Commission on February 28, 2014.

6.      Attached hereto at **Exhibit E** is a true and accurate copy of the transcript of the earnings conference call on May 6, 2014.

7.      Attached hereto at **Exhibit F** is a true and accurate copy of excerpts from the Form 10-Q Endurance filed with the Securities and Exchange Commission on November 7, 2014.

8.      Attached hereto at **Exhibit G** is a true and accurate copy of excerpts from the Form 10-K Endurance filed with the Securities and Exchange Commission on February 27, 2015.

9.      Attached hereto at **Exhibit H** is a true and accurate copy of the Form 4 Endurance and Mr. Ravichandran filed with the Securities and Exchange Commission on March 11, 2015.

10.      Attached hereto at **Exhibit I** is a true and accurate copy of the Form 4 Endurance and Mr. Ellawala filed with the Securities and Exchange Commission on March 11, 2015.

11.      Attached hereto at **Exhibit J** is a true and accurate copy of the report published by Gotham City Research LLC on April 28, 2015.

12.      Attached hereto at **Exhibit K** is a true and accurate copy of excerpts from the Form 10-Q Endurance filed with the Securities and Exchange Commission on May 11, 2015.

13.      Attached hereto at **Exhibit L** is a true and accurate copy of excerpts from the Form 8-K Endurance filed with the Securities and Exchange Commission on August 4, 2015.

14.      Attached hereto at **Exhibit M** is a true and accurate copy of excerpts from the Form 10-Q Endurance filed with the Securities and Exchange Commission on August 7, 2015.

15. Attached hereto at **Exhibit N** is a true and accurate copy of the transcript of the earnings conference call on November 2, 2015.

16. Attached hereto at **Exhibit O** is a true and accurate copy of excerpts from the Form 8-K Endurance filed with the Securities and Exchange Commission on November 2, 2015.

17. Attached hereto at **Exhibit P** is a true and accurate copy of excerpts from the Form 8-K, including Exhibit 99.2 thereto, which Endurance filed with the Securities and Exchange Commission on November 2, 2015.

18. Attached hereto at **Exhibit Q** is a true and accurate copy of an article written by Anya George Tharakan and Liana B. Baker entitled "Web company Endurance in $1.1 billion deal for Constant Contact, shares dip," posted to the Reuters website on November 2, 2015.

19. Attached hereto at **Exhibit R** is a true and accurate copy of an article written by Amanda Schiavo entitled "Endurance Int'l (EIGI) Stock Plummeting on $1.1 Billion Constant Contact Acquisition" posted to www.thestreet.com on November 2, 2015.

20. Attached hereto at **Exhibit S** is a true and accurate copy of excerpts from the Form 10-K Endurance filed with the Securities and Exchange Commission on February 29, 2016.

21. Attached hereto at **Exhibit T** is a true and accurate copy of the Tolling Agreement between the parties in the above-captioned case dated July 1, 2016.

22. Attached hereto at **Exhibit U** is a true and accurate copy of excerpts from the Form 8-K Endurance filed with the Securities and Exchange Commission on April 17, 2017.

23. Attached hereto at **Exhibit V** is a true and accurate copy of excerpts from the Form 8-K Endurance filed with the Securities and Exchange Commission on August 14, 2017.

24.     Attached hereto at **Exhibit W** is a chart containing Endurance's historical stock prices and trading volume from October 25, 2013 to December 16, 2015.

/s/ Andrew S. Dulberg
Andrew S. Dulberg

Dated:  August 29, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served was served via email to the registered participants of the ECF system in the above-captioned matter on August 29, 2017.


*/s/ Andrew S. Dulberg*
Andrew S. Dulberg