# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER MACHADO, and MICHAEL RUBIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC., HARI RAVICHANDRAN, and TIVANKA ELLAWALA,<br><br>Defendants. | Case No. 1:15-cv-11775-GAO |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CLASS CERTIFICATION, AND PLAN OF ALLOCATION**

Lead Plaintiff Christopher Machado and named Plaintiff Michael Rubin (collectively, "Plaintiffs") hereby move this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) finally approving the proposed Settlement; (ii) finally certifying the Settlement Class; and (iii) approving the Plan of Allocation.[1] This motion is unopposed by Defendants.

Dated: August 9, 2019

Respectfully submitted,

**BLOCK & LEVITON LLP**

By: */s/ Jason M. Leviton*
Jason M. Leviton
155 Federal Street, Suite 1303
Boston, Massachusetts 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Email: jason@blockesq.com

*Liaison Counsel for Plaintiffs and the Settlement Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (Admitted *Pro Hac Vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

---

[1] All capitalized terms that are not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated July 6, 2018, and previously filed with the Court (ECF No. 77-1).

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 9, 2019.

                                                */s/ Jason M. Leviton*
                                                Jason M. Leviton