UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER MACHADO, and MICHAEL RUBIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC., HARI RAVICHANDRAN, and TIVANKA ELLAWALA,<br><br>                    Defendants. | Case No. 1:15-cv-11775-GAO |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND**
**<u>REIMBURSEMENT OF LITIGATION EXPENSES</u>**

Court appointed Lead Counsel, Glancy Prongay & Murray, LLP, hereby moves this Court for entry of an order for an award of attorneys' fees and reimbursement of Litigation Expenses on behalf of all Plaintiffs' Counsel.[1] Defendants take no position regarding this motion.

Dated:  August 9, 2019                                    Respectfully submitted,

**BLOCK & LEVITON LLP**

By: */s/ Jason M. Leviton*
Jason M. Leviton
155 Federal Street, Suite 1303
Boston, Massachusetts 02110
Telephone:  (617) 398-5600
Facsimile:  (617) 507-6020
Email: jason@blockesq.com

*Liaison Counsel for Plaintiffs and the Proposed Settlement Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (Admitted *Pro Hac Vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email: rprongay@glancylaw.com

*Lead Counsel for Plaintiffs and the Proposed Settlement Class*

---

[1] All capitalized terms that are not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated July 6, 2018, and previously filed with the Court (ECF No. 77-1).

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 9, 2019.

>*/s/ Jason M. Leviton*
>Jason M. Leviton