**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHRISTOPHER MACHADO, and MICHAEL RUBIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC., HARI RAVICHANDRAN, and TIVANKA ELLAWALA,<br><br>Defendants. | Case No. 1:15-cv-11775-GAO |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FOR CLASS DISTRIBUTION ORDER**

Lead Plaintiff Christopher Machado and named Plaintiff Michael Rubin (collectively, "Plaintiffs"),[1] on behalf of the Settlement Class, hereby move this Court for entry of the accompanying [Proposed] Class Distribution Order.

This motion is based on the memorandum of points and authorities in support thereof; the Declaration of Luiggy Segura in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; the exhibits thereto; the Declaration Cheri Meyer in Support of Plaintiffs' Motion for Class Distribution Order; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

This motion is unopposed by Defendants.

Dated: July 15, 2020

Respectfully submitted,

**BLOCK & LEVITON LLP**

By: */s/ Jason M. Leviton*
Jason M. Leviton
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Email: jason@blockesq.com

***Liaison Counsel for Plaintiffs and the Settlement Class***

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (Admitted *Pro Hac Vice*)
Robert V. Prongay (Admitted *Pro Hac Vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com

[1] All capitalized terms that are not otherwise defined herein have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated July 6, 2018 (the "Stipulation," ECF No. 77-1).

Email: rprongay@glancylaw.com

***Lead Counsel for Plaintiffs and the Settlement Class***

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 15, 2020.

*/s/ Jason M. Leviton*
Jason M. Leviton